```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 19-02211-RNO
Dyann Daylida                                                       Chapter 13
       Debtor                        CERTIFICATE OF NOTICE

District/off: 0314-5        User: REshelman              Page 1 of 2         Date Rcvd: Jul 03, 2019
                            Form ID: ntcnfhrg            Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 05, 2019.
db            +Dyann Daylida,    563 Orchard Street,    Warrior Run, PA 18706-1119
5201779       +Advanced Recovery Systems,    PO Box 120991,    San Diego CA 92112-0991
5201780        Aegis Sciences Corporation,    PO Box 1820,    Oaks PA 19456-1820
5201782      ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
              (address filed with court: Caine & Weiner,     5805 Sepulveda Blvd. 4th floor,
                Sherman Oaks CA 91411)
5201786       +Commenity Capital Ulta,    PO Box 182120,    Columbus OH 43218-2120
5201787        Commonwealth Health,    PO Box 637289,    Cincinnati OH 45263-0877
5201789        Geisinger,    100 North Academy Ave,    Danville PA 17822-3941
5201790        IC System Inc,    PO Box 64378,    St. Paul, MN 55164-0378
5201791        Intermountain Medical Group,    610 Wyoming Ave.,    Kingston, PA 18704-3787
5201792       +KML Law Group,    Suite 5000 BNY Independence Center,    701 Market Street,
                Philadelphia PA 19106-1538
5201793       +Luzerne County Tax Claim Bureau,    200 North River Street,    Wilkes-Barre PA 18711-1004
5201795       +Midland Funding LLC,    320 East Big Beaver,    Troy MI 48083-1271
5201796       +Northeast Revenue Service LLC,    1170 Highway 315 Suite 5,    Plains PA 18702-6906
5201800       +PNC Bank,    PO Box 3180,    Pittsburgh PA 15230-3180
5201801        PNC Bank Mortgage Services,    PO Box 8703,    Dayton, OH 45401-8703
5201797        Penn Credit Corporation,    2800 Commerce Drive,    PO Box 69703,    Harrisburg PA 17106-9703
5201798        Pennsylvania Department of Revenue,     2 Revenue Place,    Harrisburg PA 17129-0002
5201799        Pennsylvania Physicians Services,     Mailstop 49111298,    PO Box 660827,    Dallas TX 75266-0827
5201803        Professional Account Services Inc,    PO Box 188,    Brentwood TN 37024-0188
5201804        Progressive Insurance,    300 N Commons Blvd,    Datalah Mayfield Village OH 44143-1589
5201806       +WARRIOR RUN AUTHORITY INC,    C/O DAVID R LIPKA, ESQ,    50 EAST MAIN STREET,
                PLYMOUTH PA 18651-3017
5201807       +Wilkes Barre General Hospital,    575 North River Street,    Wilkes Barre PA 18764-0001
5201808        Wilkes Barre General Hospital,    PO Box 637907,    Cincinnati OH 45263-7907
5201809       +World Financial Capital Bank,    2855 East Cottonwood Parkway,    Suite 100,
                Salt Lake City, UT 84121-7038
5201810        Wyoming Valley Santitary Authority,     PO Box 33A,    Wilkes Barre PA 18702

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5201781         E-mail/Text: ally@ebn.phinsolutions.com Jul 03 2019 19:24:55      Ally Financial,
                 PO Box 380901,    Bloomington, MN   554380901
5201783         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 03 2019 19:25:04      Commenity Bank,
                 PO Box 182120,    Columbus OH 43218-2120
5201784         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 03 2019 19:25:05
                 Commenity Bank Victoria's Secret,    PO Box 182789,    Columbus OH 43218-2789
5201785        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 03 2019 19:25:05      Commenity Capital Bank,
                 PO Box 182120,    Columbus OH 43218-2120
5201788        +E-mail/Text: bdsupport@creditmanagementcompany.com Jul 03 2019 19:25:25
                 Credit Management Company,    2121 Noblestown Rd,    Pittsburgh PA 15205-3956
5216514        +E-mail/Text: bankruptcydpt@mcmcg.com Jul 03 2019 19:25:15      MIDLAND FUNDING LLC,
                 PO Box 2011,    Warren, MI 48090-2011
5201794        +E-mail/Text: bankruptcydpt@mcmcg.com Jul 03 2019 19:25:15      Midland Credit Management,
                 2365 Northside Drive,    Suite 300,    San Diego, CA 92108-2709
5201802         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 03 2019 19:34:12
                 Portfolio Recovery,    120 Corporate Boulevard,    Suite 100,    Norfolk VA 23502
5203732         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 03 2019 19:25:12
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
5201805         E-mail/PDF: gecsedi@recoverycorp.com Jul 03 2019 19:34:05      Synchrony Bank,    PO Box 965036,
                 Orlando FL 32896-5036
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 05, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 3, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James    Warmbrodt    on behalf of Creditor    PNC Bank National Association bkgroup@kmllawgroup.com
              John    Fisher    on behalf of Debtor 1 Dyann  Daylida johnvfisher@yahoo.com,
               fisherlawoffice@yahoo.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                            TOTAL: 4

| UNITED STATES BANKRUPTCY COURT |
| --- |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| | | |
| --- | --- | --- |
| Dyann Daylida,<br>aka Dyann E Welsh, aka Dyann E Daylida, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:19–bk–02211–RNO |

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **August 14, 2019** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
| --- | --- |
| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes–Barre, PA 18701 | Date: August 21, 2019<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
| --- | --- |
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701<br>(570) 831–2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: REshelman, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: July 3, 2019 |

ntcnfhrg (03/18)