IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 5-19-02211(RNO) |
| DYANN DAYLIDA | : | |
| aka DYANN E. WELSH | : | CHAPTER 13 |
| aka DYANN E. DAYLIDA | : | |
| Debtor(s) | : | Nature of Proceeding: Stipulation Resolving |
| | : | Ally Financial Inc.'s Motion for Relief |
| ALLY FINANCIAL INC. | : | |
| Movant(s) | : | |
| | : | |
| DYANN DAYLIDA | : | Pleading: Ally Financial Inc.'s Motion for |
| CHARLES J. DEHART, III, Trustee | : | Relief |
| Respondent(s) | : | Document #: 28 |

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST

CHECK ONE:

☐ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

■ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one)

        ☐ Thirty (30) days.

        ■ Forty-five (45) days.

        ☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: August 25, 2020          s/ Regina Cohen

                                              Attorney for    Ally Financial Inc.

2182600v1