```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                           Case No. 19-02211-RNO
Dyann Daylida                                                    Chapter 13
       Debtor                   **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: AutoDocke          Page 1 of 1           Date Rcvd: Aug 25, 2020
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              +E-mail/Text: ally@ebn.phinsolutions.com Aug 25 2020 19:24:01      Ally Financial Inc.,
                 P.O. Box 130424,   Roseville, MN 55113-0004
                                                                                                TOTAL: 1

                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2020                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor    PNC Bank National Association bkgroup@kmllawgroup.com
              John   Fisher    on behalf of Debtor 1 Dyann  Daylida johnvfisher@yahoo.com,
               fisherlawoffice@yahoo.com
              Regina   Cohen    on behalf of Creditor   Ally Financial Inc. rcohen@lavin-law.com,
               ksweeney@lavin-law.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                TOTAL: 5

Case 5:19-bk-02211-RNO    Doc 33    Filed 08/27/20    Entered 08/28/20 00:31:46    Desc
                      Imaged Certificate of Notice    Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | | | |
|---|---|---|---|
| **Dyann Daylida**<br>**aka Dyann E Welsh**<br>**aka Dyann E Daylida** | Debtor(s) | Chapter:<br>Case No: | 13<br>5:19-bk-02211-RNO |
| Ally Financial Inc.<br>vs. | Movant(s) | Document No.:<br>Nature of Proceeding: | 28<br>Motion For Relief from Automatic Stay |
| Dyann Daylida and Charles J. DeHart, III, Trustee | Respondent(s) | | |

## ORDER STIPULATION DUE

Upon consideration of the Request to Remove from the Hearing/Trial List filed by the parties indicating that a settlement has been reached and a stipulation will be filed, it is hereby

**ORDERED**, if a stipulation or a request to relist matter for hearing/trial is not filed by October 9, 2020 the Court may deny this Motion without further notice.

**FURTHER ORDERED** that the hearing/trial previously scheduled on the Motion for Relief from the Automatic Stay for September 10, 2020, is hereby CANCELLED.

Dated: August 25, 2020

By the Court,

_Robert N. Opel, II_

Robert N. Opel, II, Bankruptcy Judge (PAR)

Order Stip Due or Relist – Revised 4/18