```
                       United States Bankruptcy Court
                       Middle District of Pennsylvania
```

In re:                                                         Case No. 19-02211-RNO
Dyann Daylida                                                  Chapter 13
        Debtor                 **CERTIFICATE OF NOTICE**

District/off: 0314-5       User: AutoDocke          Page 1 of 1           Date Rcvd: Sep 11, 2020
                           Form ID: pdf010          Total Noticed: 1

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 13, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: ally@ebn.phinsolutions.com Sep 11 2020 19:29:06      Ally Financial Inc.,
                 P.O. Box 130424,    Roseville, MN 55113-0004
                                                                                              TOTAL: 1

                   ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 11, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    PNC Bank National Association bkgroup@kmllawgroup.com
              John Fisher    on behalf of Debtor 1 Dyann Daylida johnvfisher@yahoo.com,
               fisherlawoffice@yahoo.com
              Regina Cohen    on behalf of Creditor    Ally Financial Inc. rcohen@lavin-law.com,
               ksweeney@lavin-law.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| DYANN DAYLIDA | : | |
| Debtor(s) | : | BANKRUPTCY NO. 5-19-02211(RNO) |
| | : | |
| ALLY FINANCIAL INC. | : | |
| Movant(s) | : | |
| | : | STIPULATION RESOLVING ALLY |
| DYANN DAYLIDA | : | FINANCIAL INC.'S MOTION FOR RELIEF |
| CHARLES J. DEHART, III | : | FROM THE AUTOMATIC STAY |
| Respondent(s) | : | PURSUANT TO 11 U.S.C. §362(d) |

## ORDER APPROVING STIPULATION RESOLVING
## ALLY FINANCIAL INC.'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

AND NOW, it is hereby ORDERED

That the Stipulation Resolving Ally Financial Inc.'s Motion for Relief from the Automatic Stay is approved.

Dated: September 10, 2020

By the Court,

*/s/ Robert N. Opel II*

Robert N. Opel, II, Bankruptcy Judge (BI)

2185593v1