# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 0314–5 | User: AutoDocketer | | Date Created: 5/27/2021 |
| Case: 5:19–bk–02211–HWV | Form ID: pdf010 | | Total: 45 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| tr | Jack N Zaharopoulos (Trustee) | info@pamd13trustee.com |
| aty | James Warmbrodt | jwarmbrodt@kmllawgroup.com |
| aty | John Fisher | johnvfisher@yahoo.com |
| aty | Rebecca Ann Solarz | bkgroup@kmllawgroup.com |
| aty | Regina Cohen | rcohen@lavin–law.com |

TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Dyann Daylida | 563 Orchard Street | Warrior Run, PA 18706 | |
| cr | Ally Financial Inc. | P.O. Box 130424 | Roseville, MN 55113 | |
| 5201779 | Advanced Recovery Systems | PO Box 120991 | San Diego CA 92112 | |
| 5201780 | Aegis Sciences Corporation | PO Box 1820 | Oaks PA 19456–1820 | |
| 5225562 | Ally Financial | PO Box 130424 | Roseville, MN 55113–0004 | |
| 5201781 | Ally Financial | PO Box 380901 | Bloomington, MN 554380901 | |
| 5201782 | Caine & Weiner | 5805 Sepulveda Blvd. 4th floor | Sherman Oaks CA 91411 | |
| 5201783 | Commenity Bank | PO Box 182120 | Columbus OH 43218–2120 | |
| 5201784 | Commenity Bank Victoria's Secret | PO Box 182789 | Columbus OH 43218–2789 | |
| 5201785 | Commenity Capital Bank | PO Box 182120 | Columbus OH 43218 | |
| 5201786 | Commenity Capital Ulta | PO Box 182120 | Columbus OH 43218 | |
| 5201787 | Commonwealth Health | PO Box 637289 | Cincinnati OH 45263–0877 | |
| 5201788 | Credit Management Company | 2121 Noblestown Rd | Pittsburgh PA 15205 | |
| 5201789 | Geisinger | 100 North Academy Ave | Danville PA 17822–3941 | |
| 5201790 | IC System Inc | PO Box 64378 | St. Paul, MN 55164–0378 | |
| 5201791 | Intermountain Medical Group | 610 Wyoming Ave. | Kingston, PA 18704–3787 | |
| 5201792 | KML Law Group | Suite 5000 BNY Independence Center | 701 Market Street | Philadelphia PA 19106 |
| 5201793 | Luzerne County Tax Claim Bureau | 200 North River Street | Wilkes–Barre PA 18711 | |
| 5216514 | MIDLAND FUNDING LLC | PO Box 2011 | Warren, MI 48090 | |
| 5201794 | Midland Credit Management | 2365 Northside Drive | Suite 300 | San Diego, CA 92108 |
| 5201795 | Midland Funding LLC | 320 East Big Beaver | Troy MI 48083 | |
| 5201796 | Northeast Revenue Service LLC | 1170 Highway 315 Suite 5 | Plains PA 18702 | |
| 5201800 | PNC Bank | PO Box 3180 | Pittsburgh PA 15230 | |
| 5201801 | PNC Bank Mortgage Services | PO Box 8703 | Dayton, OH 45401–8703 | |
| 5226214 | PNC Bank, N.A. | PO Box 94982 | Cleveland, OH 44101 | |
| 5229120 | PNC Bank, National Association | P.O. Box 94982 | Cleveland, OH 44101 | |
| 5201797 | Penn Credit Corporation | 2800 Commerce Drive | PO Box 69703 | Harrisburg PA 17106–9703 |
| 5201798 | Pennsylvania Department of Revenue | 2 Revenue Place | Harrisburg PA 17129–0002 | |
| 5203732 | Pennsylvania Department of Revenue | Bankruptcy Division PO Box 280946 | Harrisburg, PA 17128–0946 | |
| 5201799 | Pennsylvania Physicians Services | Mailstop 49111298 | PO Box 660827 | Dallas TX 75266–0827 |
| 5201802 | Portfolio Recovery | 120 Corporate Boulevard | Suite 100 | Norfolk VA 23502 |
| 5201803 | Professional Account Services Inc | PO Box 188 | Brentwood TN 37024–0188 | |
| 5201804 | Progressive Insurance | 300 N Commons Blvd | Datalah Mayfield Village OH 44143–1589 | |
| 5201805 | Synchrony Bank | PO Box 965036 | Orlando FL 32896–5036 | |
| 5201806 | WARRIOR RUN AUTHORITY INC | C/O DAVID R LIPKA, ESQ | 50 EAST MAIN STREET | PLYMOUTH PA 18651 |
| 5201807 | Wilkes Barre General Hospital | 575 North River Street | Wilkes Barre PA 18764 | |
| 5201808 | Wilkes Barre General Hospital | PO Box 637907 | Cincinnati OH 45263–7907 | |
| 5201809 | World Financial Capital Bank | 2855 East Cottonwood Parkway | Suite 100 | Salt Lake City, UT 84121 |
| 5201810 | Wyoming Valley Santitary Authority | PO Box 33A | Wilkes Barre PA 18702 | |

TOTAL: 39