In re:                                                                                          Case No. 19-02211-HWV

Dyann Daylida                                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0314-5 | User: AutoDocke | Page 1 of 3 |
|---|---|---|
| Date Rcvd: May 27, 2021 | Form ID: pdf010 | Total Noticed: 38 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dyann Daylida, 563 Orchard Street, Warrior Run, PA 18706-1119 |
| 5201779 | + | Advanced Recovery Systems, PO Box 120991, San Diego CA 92112-0991 |
| 5201780 | | Aegis Sciences Corporation, PO Box 1820, Oaks PA 19456-1820 |
| 5201782 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, Caine & Weiner, 5805 Sepulveda Blvd. 4th floor, Sherman Oaks CA 91411 |
| 5201786 | + | Comenity Capital Ulta, PO Box 182120, Columbus OH 43218-2120 |
| 5201787 | | Commonwealth Health, PO Box 637289, Cincinnati OH 45263-0877 |
| 5201789 | | Geisinger, 100 North Academy Ave, Danville PA 17822-3941 |
| 5201790 | | IC System Inc, PO Box 64378, St. Paul, MN 55164-0378 |
| 5201791 | | Intermountain Medical Group, 610 Wyoming Ave., Kingston, PA 18704-3787 |
| 5201792 | + | KML Law Group, Suite 5000 BNY Independence Center, 701 Market Street, Philadelphia PA 19106-1541 |
| 5201793 | + | Luzerne County Tax Claim Bureau, 200 North River Street, Wilkes-Barre PA 18711-1004 |
| 5201796 | #+ | Northeast Revenue Service LLC, 1170 Highway 315 Suite 5, Plains PA 18702-6906 |
| 5201801 | | PNC Bank Mortgage Services, PO Box 8703, Dayton, OH 45401-8703 |
| 5201803 | ++ | PROFESSIONAL ACCOUNT SERVICES INC, PO BOX 188, BRENTWOOD TN 37024-0188 address filed with court:, Professional Account Services Inc, PO Box 188, Brentwood TN 37024-0188 |
| 5201797 | | Penn Credit Corporation, 2800 Commerce Drive, PO Box 69703, Harrisburg PA 17106-9703 |
| 5201798 | | Pennsylvania Department of Revenue, 2 Revenue Place, Harrisburg PA 17129-0002 |
| 5201799 | | Pennsylvania Physicians Services, Mailstop 49111298, PO Box 660827, Dallas TX 75266-0827 |
| 5201804 | | Progressive Insurance, 300 N Commons Blvd, Datalah Mayfield Village OH 44143-1589 |
| 5201806 | + | WARRIOR RUN AUTHORITY INC, C/O DAVID R LIPKA, ESQ, 50 EAST MAIN STREET, PLYMOUTH PA 18651-3017 |
| 5201807 | + | Wilkes Barre General Hospital, 575 North River Street, Wilkes Barre PA 18764-0001 |
| 5201808 | | Wilkes Barre General Hospital, PO Box 637907, Cincinnati OH 45263-7907 |
| 5201809 | + | World Financial Capital Bank, 2855 East Cottonwood Parkway, Suite 100, Salt Lake City, UT 84121-7038 |
| 5201810 | | Wyoming Valley Santitary Authority, PO Box 33A, Wilkes Barre PA 18702 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5225562 | | Email/Text: ally@ebn.phinsolutions.com | | |
| | | | May 27 2021 19:09:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 5201781 | | Email/Text: ally@ebn.phinsolutions.com | | |
| | | | May 27 2021 19:09:00 | Ally Financial, PO Box 380901, Bloomington, MN 554380901 |
| 5201783 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | May 27 2021 19:09:00 | Comenity Bank, PO Box 182120, Columbus OH 43218-2120 |
| 5201784 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | May 27 2021 19:09:00 | Comenity Bank Victoria's Secret, PO Box 182789, Columbus OH 43218-2789 |
| 5201785 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | May 27 2021 19:09:00 | Comenity Capital Bank, PO Box 182120, Columbus OH 43218-2120 |
| 5201788 | + | Email/Text: bdsupport@creditmanagementcompany.com | | |

| | | | | |
|---|---|---|---|---|
| | | May 27 2021 19:10:00 | Credit Management Company, 2121 Noblestown Rd, Pittsburgh PA 15205-3956 |
| 5216514 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | May 27 2021 19:09:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5201794 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | May 27 2021 19:09:00 | Midland Credit Management, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 5201795 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | May 27 2021 19:09:00 | Midland Funding LLC, 320 East Big Beaver, Troy MI 48083-1238 |
| 5201800 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | May 27 2021 19:09:00 | PNC Bank, PO Box 3180, Pittsburgh PA 15230 |
| 5226214 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | May 27 2021 19:09:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 5229120 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | May 27 2021 19:09:00 | PNC Bank, National Association, P.O. Box 94982, Cleveland, OH 44101 |
| 5201802 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | May 27 2021 19:46:03 | Portfolio Recovery, 120 Corporate Boulevard, Suite 100, Norfolk VA 23502 |
| 5201803 | | Email/Text: pasi_bankruptcy@chs.net | | |
| | | May 27 2021 19:09:00 | Professional Account Services Inc, PO Box 188, Brentwood TN 37024-0188 |
| 5203732 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | May 27 2021 19:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5201805 | | Email/PDF: gecsedi@recoverycorp.com | | |
| | | May 27 2021 19:45:59 | Synchrony Bank, PO Box 965036, Orlando FL 32896-5036 |

TOTAL: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Financial Inc., P.O. Box 130424, Roseville, MN 55113-0004 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2021       Signature:       /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | |
| | TWecf@pamd13trustee.com |
| James Warmbrodt | |

on behalf of Creditor PNC Bank National Association bkgroup@kmllawgroup.com

John Fisher

on behalf of Debtor 1 Dyann Daylida johnvfisher@yahoo.com  fisherlawoffice@yahoo.com

Rebecca Ann Solarz

on behalf of Creditor PNC Bank National Association bkgroup@kmllawgroup.com

Regina Cohen

on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com  ksweeney@lavin-law.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                           :       Case No. 5:19-bk-02211

DYANN DAYLIDA                :

          Debtor              :       CHAPTER 13

# ORDER

A Motion to Dismiss the above captioned case having been filed by Debtor, it is

ORDERED that the above captioned case is dismissed.

Dated: May 27, 2021          By the Court,

                              Henry W. Van Eck, Chief Bankruptcy Judge (MS)